

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2019

No. 04-19-00100-CR

**IN RE** Eustorgio Guzman **RESENDEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Patricia O. Alvarez, Justice
                Liza A. Rodriguez, Justice

On February 24, 2019, relator filed a petition for writ of mandamus complaining of the trial court's failure to rule on his March 31, 2016 Motion for DNA Testing. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than April 15, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on April 3, 2019.

PER CURIAM

ATTESTED TO: _____
                        Keith E. Hottle,
                        Clerk of Court

---

[1] This proceeding arises out of Cause No. 91-CR-43, styled *The State of Texas v. Eustorgio Guzman Resendez*, pending in the 229th Judicial District Court, Starr County, Texas, the Honorable Baldemar Garza presiding.